# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No. 4-CR-17-393** |
| v. : | **(JUDGE MANNION)** |
| **WAYNE DAVIDSON,** : | |
| Defendant : | |

# **O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Davidson's pre-trial motion to compel the government to produce the medical records of the victims/witnesses, **(Doc. 26)**, is **DENIED**.

**(2)** Defendant Davidson's motion to compel the government to produce the full identities of the victim/witnesses at this time, **(Doc. 26)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 16, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-393-01-ORDER.wpd